**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

In re: YAMBO, EDWARD M., MD § Case No. 18-74496-AST
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Andrew M. Thaler, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $32,527.96 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $14,528.30 | Claims Discharged Without Payment: | $756,621.19 |
| Total Expenses of Administration: | $27,969.51 | | |

3) Total gross receipts of $42,497.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $42,497.81 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | $48,126.93 | $399,777.56 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $21,331.35 | $24,292.00 | $24,292.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $3,677.51 | $3,677.51 | $3,677.51 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $213,077.07 | $118,994.36 | $118,994.36 | $14,528.30 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $681,761.35 | $74,859.84 | $74,859.84 | $0.00 |
| **TOTAL DISBURSEMENTS** | $942,965.35 | $618,640.62 | $221,823.71 | $42,497.81 |

4) This case was originally filed under chapter 7 on 07/03/2018, and it was converted to chapter 7 on 05/30/2019.  The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/18/2021    By: /s/ Andrew M. Thaler
                         Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sale Proceeds | 1229-000 | $42,497.81 |
| **TOTAL GROSS RECEIPTS** | | **$42,497.81** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Internal Revenue Service | 4300-000 | NA | $207,907.94 | $0.00 | $0.00 |
| 5 | Financial Pacific Leasing, Inc. | 4110-000 | $48,126.93 | $49,607.91 | $0.00 | $0.00 |
| 6 | Financial Pacific Leasing, Inc. | 4110-000 | NA | $46,326.90 | $0.00 | $0.00 |
| 12 | Financial Pacific Leasing, Inc. | 4110-000 | NA | $46,326.90 | $0.00 | $0.00 |
| 13 | Financial Pacific Leasing, Inc. | 4110-000 | NA | $49,607.91 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$48,126.93** | **$399,777.56** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Andrew M. Thaler | 2100-000 | NA | $4,999.78 | $4,999.78 | $4,999.78 |
| Attorney for Trustee Fees - THALER LAW FIRM PLLC | 3110-000 | NA | $0.00 | $2,925.00 | $2,925.00 |
| Attorney for Trustee, Expenses - THALER LAW FIRM PLLC | 3120-000 | NA | $0.00 | $35.65 | $35.65 |
| Fees, United States Trustee | 2950-000 | NA | $15,943.33 | $15,943.33 | $15,943.33 |
| Bond Payments - BOND | 2300-000 | NA | $13.90 | $13.90 | $13.90 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $374.34 | $374.34 | $374.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$21,331.35** | **$24,292.00** | **$24,292.00** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Administrative Expenses - NYS DEPT OF TAX & FINANCE BANKRUPTCY SECTION | 6990-000 | NA | $3,677.51 | $3,677.51 | $3,677.51 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$3,677.51** | **$3,677.51** | **$3,677.51** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | NYS Department of Labor Central Assignment And Collection Section | 5800-000 | $7,984.75 | $12,109.18 | $12,109.18 | $1,478.44 |
| 3P | Internal Revenue Service | 5800-000 | $205,092.32 | $103,856.99 | $103,856.99 | $12,680.14 |
| 4P | NYS DEPT OF TAX & FINANCE BANKRUPTCY SECTION | 5800-000 | NA | $2,705.24 | $2,705.24 | $330.29 |
| 9 | NYS Dept of Labor Unemployment Division | 5800-000 | NA | $322.95 | $322.95 | $39.43 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$213,077.07** | **$118,994.36** | **$118,994.36** | **$14,528.30** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | UnitedHealthcare Insurance Company ATTN: CDM/Bankruptcy | 7100-000 | NA | $1,553.93 | $1,553.93 | $0.00 |
| 3U | Internal Revenue Service | 7100-000 | NA | $13,572.23 | $13,572.23 | $0.00 |
| 4U | NYS DEPT OF TAX & FINANCE BANKRUPTCY SECTION | 7100-000 | NA | $477.18 | $477.18 | $0.00 |
| 8 | Edward Yambo, M.D., P.C. | 7200-000 | NA | $27,000.00 | $27,000.00 | $0.00 |
| 10 | Marks Paneth LLP successor of Buck Sturmer & Co,PC Frank Frank Goldstein & Nager, P.C. | 7200-000 | NA | $32,256.50 | $32,256.50 | $0.00 |
| N/F | 19-29-33 37th Street LLC c/o Block Management | 7100-000 | $18,731.25 | NA | NA | NA |
| N/F | Block Management | 7100-000 | $23,125.00 | NA | NA | NA |
| N/F | Bower Law | 7100-000 | $19,159.00 | NA | NA | NA |
| N/F | HealthFirst | 7100-000 | $532,017.00 | NA | NA | NA |
| N/F | Lipari Family LP | 7100-000 | $19,390.59 | NA | NA | NA |
| N/F | MD Capital Partners, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Marks Paneth | 7100-000 | $31,203.00 | NA | NA | NA |
| N/F | Medical 360 | 7100-000 | $14,568.00 | NA | NA | NA |
| N/F | Seidner Rosenfeld, Esqs | 7100-000 | $23,567.51 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $681,761.35 | $74,859.84 | $74,859.84 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 1

**Case No.:** 18-74496-AST  
**Case Name:** YAMBO, EDWARD M.MD  

**Trustee Name:** (522000) Andrew M. Thaler  
**Date Filed (f) or Converted (c):** 05/30/2019 (c)  
**§ 341(a) Meeting Date:** 07/09/2019  

**For Period Ending:** 01/18/2021  
**Claims Bar Date:** 08/07/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business checking Account at 457251135<$775.88> 659931120-<$691.12> 9855838484157.42 306636897554500.00 | 6,527.96 | 0.00 | | 0.00 | FA |
| 2 | Security deposit with landlord | 10,000.00 | 0.00 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $0.00. Doubtful/Uncollectible accounts = $0.00. | Unknown | Unknown | | 0.00 | FA |
| 4 | Various furniture. Valuation Method: N/A | 16,000.00 | 0.00 | | 0.00 | FA |
| 5 | Premises, Lessee | Unknown | Unknown | | 0.00 | FA |
| 6* | Sale Proceeds (u) (See Footnote) | 0.00 | 0.00 | | 42,497.81 | FA |
| **6** | **Assets Totals (Excluding unknown values)** | **$32,527.96** | **$0.00** | | **$42,497.81** | **$0.00** |

RE PROP# 6     Sale Proceeds per order entered by the Hon. Alan S. Trust on March 25, 2019 (Sale Motion)

**Major Activities Affecting Case Closing:**

> 1/21/2020: Trustee preparing Chapter 11 bar notice to be sent out upon receipt of formal list of unpaid administrative creditors from Debtors Counsel. Recovered $42,497.81, turnover of sale and non-exempt bank account.

**Initial Projected Date Of Final Report (TFR):** 06/30/2020         **Current Projected Date Of Final Report (TFR):** 09/17/2020 (Actual)

Case 8-18-74496-ast    Doc 64    Filed 02/02/21    Entered 02/02/21 20:04:05

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| | | |
|---|---|---|
| **Case No.:** 18-74496-AST | **Trustee Name:** | Andrew M. Thaler (522000) |
| **Case Name:** YAMBO, EDWARD M.MD | **Bank Name:** | People's United Bank |
| **Taxpayer ID #:** **-***7814 | **Account #:** | ********9436 Checking |
| **For Period Ending:** 01/18/2021 | **Blanket Bond (per case limit):** | $42,742,595.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/23/19 | {6} | Law Offices of Gabriel Del Virginia | Sale and bank account | 1229-000 | 42,497.81 | | 42,497.81 |
| 12/11/19 | | Transition transfer Debit | Transition transfer Debit | 9999-000 | | 42,497.81 | 0.00 |
| | | COLUMN TOTALS | | | 42,497.81 | 42,497.81 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 42,497.81 | |
| | | | Subtotal | | 42,497.81 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42,497.81** | **$0.00** | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 18-74496-AST | Trustee Name: | Andrew M. Thaler (522000) |
|---|---|---|---|
| Case Name: | YAMBO, EDWARD M.MD | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7814 | Account #: | ******8326 Checking Account |
| For Period Ending: | 01/18/2021 | Blanket Bond (per case limit): | $42,742,595.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/11/19 | | Transfer Credit from United Bank acct ********9436 | Transition Credit from United Bank acct XXXXXXXX9436 | 9999-000 | 42,497.81 | | 42,497.81 |
| 01/09/20 | 1001 | International Sureties, LTD | Blanket Bond 1/2/20-1/2/21 | 2300-000 | | 13.90 | 42,483.91 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 33.95 | 42,449.96 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 67.84 | 42,382.12 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 65.48 | 42,316.64 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 72.14 | 42,244.50 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 69.77 | 42,174.73 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 65.16 | 42,109.57 |
| 11/24/20 | 1002 | Andrew M. Thaler | Distribution payment - Dividend paid at 100.00% of $4,999.78; Claim # FEE; Filed: $4,999.78 | 2100-000 | | 4,999.78 | 37,109.79 |
| 11/24/20 | 1003 | THALER LAW FIRM PLLC | Distribution payment - Dividend paid at 100.00% of $35.65; Claim # TLFexp; Filed: $0.00 | 3120-000 | | 35.65 | 37,074.14 |
| 11/24/20 | 1004 | THALER LAW FIRM PLLC | Distribution payment - Dividend paid at 100.00% of $2,925.00; Claim # TLFfees; Filed: $0.00 | 3110-000 | | 2,925.00 | 34,149.14 |
| 11/24/20 | 1005 | U.S. Trustee Payment Center | Distribution payment - Dividend paid at 100.00% of $15,943.33; Claim # 11; Filed: $15,943.33 | 2950-000 | | 15,943.33 | 18,205.81 |
| 11/24/20 | 1006 | NYS DEPT OF TAX & FINANCE BANKRUPTCY SECTION | Distribution payment - Dividend paid at 100.00% of $3,677.51; Claim # 7; Filed: $3,677.51 | 6990-000 | | 3,677.51 | 14,528.30 |
| 11/24/20 | 1007 | NYS Department of Labor Central Assignment And Collection Section | Distribution payment - Dividend paid at 12.21% of $12,109.18; Claim # 2; Filed: $12,109.18 | 5800-000 | | 1,478.44 | 13,049.86 |
| 11/24/20 | 1008 | Internal Revenue Service | Distribution payment - Dividend paid at 12.21% of $103,856.99; Claim # 3P; Filed: $103,856.99 | 5800-000 | | 12,680.14 | 369.72 |
| 11/24/20 | 1009 | NYS DEPT OF TAX & FINANCE BANKRUPTCY SECTION | Distribution payment - Dividend paid at 12.21% of $2,705.24; Claim # 4P; Filed: $2,705.24 | 5800-000 | | 330.29 | 39.43 |
| 11/24/20 | 1010 | NYS Dept of Labor Unemployment Division | Distribution payment - Dividend paid at 12.21% of $322.95; Claim # 9; Filed: $322.95 | 5800-000 | | 39.43 | 0.00 |

|   |   |   |
|---|---|---|
| **COLUMN TOTALS** | 42,497.81 | 42,497.81 | $0.00 |
| Less: Bank Transfers/CDs | 42,497.81 | 0.00 | |
| **Subtotal** | 0.00 | 42,497.81 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $42,497.81 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-74496-AST | **Trustee Name:** | Andrew M. Thaler (522000) | |
| **Case Name:** | YAMBO, EDWARD M.MD | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***7814 | **Account #:** | ******8326 Checking Account | |
| **For Period Ending:** | 01/18/2021 | **Blanket Bond (per case limit):** | $42,742,595.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| | |
|---|---:|
| Net Receipts: | $42,497.81 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $42,497.81 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ********9436 Checking | $42,497.81 | $0.00 | $0.00 |
| ******8326 Checking Account | $0.00 | $42,497.81 | $0.00 |
| | **$42,497.81** | **$42,497.81** | **$0.00** |